PHILLIP A. TALBERT
Acting United States Attorney
R. BENJAMIN NELSON
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>           )<br>     Plaintiff,  )<br>           )<br>     v.       )<br>           )<br>JOSHUA CAREY ANDERSON,    )<br>           )<br>     Defendant.  )<br>           )<br>           )<br>_____) | 2:16-CR-00098-KJN<br><br>ORDER TO CONTINUE STATUS HEARING<br><br>DATE:  July 6, 2016<br>TIME:  9:00 a.m.<br>JUDGE: Hon. Kendall J. Newman |

<u>ORDER</u>

It is hereby ordered that the status hearing presently set for July 6, 2016 at 9:00 a.m. be continued to July 27, 2016 at 9:00 a.m. The time from July 6, 2016 to July 27, 2016 shall be excluded from the calculation of time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) and Local Code T4.  The Court finds

///

///

///

///

///

that the ends of justice served by a continuance as requested outweigh the best interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

Dated:   June 30, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE