```
PHIL TALBERT
Acting United States Attorney
TALHA M. KHAN
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:16-CR-00098-KJN |
| Plaintiff, | ) REQUEST TO SET MATTER FOR A ) CHANGE OF PLEA AND SENTENCING; |
| v. | ) REQUEST TO VACATE HEARINGS AND ) TRIAL. |
| JOSHUA CAREY ANDERSON, | ) ) DATE: December 7, 2016 |
| Defendant. | ) TIME: 9:00 AM ) JUDGE: Hon. Kendall J. Newman |

The United States and Defendant, Mr. Joshua Carey Anderson have reached a plea agreement in this case.  Accordingly, both parties through their respective undersigned counsels, hereby request that this matter be set for change of plea and sentencing on December 7, 2016 at 9:00 a.m.

In addition, both parties request the following dates be vacated: Trial Confirmation hearing set on October 26, 2016, Motions in Limine hearing set on December 9, 2016, and a jury trial set for December 12, 2016.

///

///

1

```
DATED: September 14, 2016        PHIL TALBERT
                                 Acting United States Attorney

                           By:      /s/ Talha M. Khan
                                 TALHA M. KHAN
                                 Special Assistant U.S. Attorney

DATED: September 14, 2016


                           By:      /s/ Steven Sanders
                                 STEVEN SANDERS
                                 Counsel for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:16-CR-00098-KJN |
| ) | |
| Plaintiff, ) | ORDER TO SET MATTER FOR A CHANGE |
| ) | OF PLEA AND SENTENCING, AND TO |
| v. ) | VACATE HEARINGS AND TRIAL DATES |
| ) | |
| JOSHUA CAREY ANDERSON, ) | DATE: December 7, 2016 |
| ) | TIME: 9:00 a.m. |
| Defendant. ) | JUDGE: Hon. Kendall J. Newman |

<u>ORDER</u>

It is hereby ordered that the change of plea and sentencing be set on December 7, 2016, at 9:00 a.m.  It is further ordered that the hearing dates on October 26, 2016, and December 9, 2016, as well as the jury trial date on December 12, 2016, be vacated.

Dated:   September 15, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3